# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD THOMAS JOSON,<br><br>    Plaintiff,<br><br>v.<br><br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC., *et al.*,<br><br>    Defendants. | Case No. 2:11-CV-1880-KJD-CWH<br><br>**ORDER** |

Court mail addressed to Plaintiff has been returned as undeliverable. Accordingly, the Court dismisses the complaint against Defendants without prejudice in accordance with Local Special Rule 2-2 for Plaintiff's failure to update his current address.

**IT IS SO ORDERED.**

DATED this 29th day of December 2011.

_____
Kent J. Dawson
United States District Judge