# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

EDWARD THOMAS JOSON,

    Plaintiff,

v.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., *et al*.,

    Defendants.

Case No. 2:11-CV-1880-KJD-CWH

**ORDER**

    Court mail addressed to Plaintiff has been returned as undeliverable. Accordingly, the Court dismisses the complaint against Defendants without prejudice in accordance with Local Special Rule 2-2 for Plaintiff's failure to update his current address.

**IT IS SO ORDERED.**

    DATED this 29th day of December 2011.

_____
Kent J. Dawson
United States District Judge