JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email:  jacob.bundick@akerman.com
Email:  natalie.winslow@akerman.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD THOMAS JOSON, | Case No.:    2:11-cv-01880-KJD-CWH |
| Plaintiff, | **ORDER EXPUNGING LIS PENDENS** |
| v. | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; BAC HOME LOANS SERVICING, LP; RECONTRUST COMPANY, N.A.; BANK OF NEW YORK MELLON; and DOES I-X, inclusive, | |
| Defendants. | |

On December 29, 2011, this Court issued an order dismissing the case without prejudice for plaintiff's failure to update his current address in compliance with Local Special Rule 2-2.[1] Defendants Mortgage Electronic Registration Systems, Inc., Bank of America, N.A., as successor in

---

[1] Plaintiff initiated a second lawsuit against Bank of America, N.A., ReconTrust Company, N.A., Mortgage Electronic Registration Systems, Inc., and The Bank of New York Mellon fka Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006, 36T2, Mortgage Pass-Through Certificates, Series 2006-36T2 on April 4, 2012.  The defendants removed the case to federal court, designated case no. 2-12-cv-00710-GJM-RJJ.  On March 25, 2013, the court dismissed the case with prejudice against plaintiff.
{26091801;1}

AKERMAN SENTERFITT LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1  interest to BAC Home Loans Servicing, LP, ReconTrust Company, N.A., and Bank of New York

2  Mellon request that the *lis pendens* plaintiff recorded against the subject property be canceled,

3  released, and expunged.

4      The Court finds that plaintiff recorded a *lis pendens* on January 31, 2011, as document no.

5  201101310003469 in the real property records maintained by the Clark County Recorder.  A copy of

6  the *lis pendens* is attached as **Exhibit 1** and fully incorporated by reference.

7      The Court grants defendants their requested relief and rules as follows:

8      1.  It is ordered, adjudged, and decreed that the above-referenced *lis pendens* is canceled,

9  released, and expunged.

10      2.  It is further ordered, adjudged, and decreed that this Order canceling the above-referenced *lis*

11  *pendens* has the same effect as an expungement of the original *lis pendens*.

12  //

13  //

14  //

15  //

16  //

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26

*AKERMAN SENTERFITT LLP*
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

3.  It is further ordered, adjudged, and decreed that defendants record a properly certified copy

of this Order in the real property records of Clark County, Nevada within a reasonable amount of

time from the date of this Order's issue.

Dated this ___3rd___ day of ___April___, 2013.

_____
District Court Judge


Respectfully submitted by:
**AKERMAN SENTERFITT LLP**


/s/ Natalie L. Winslow
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendants*

AKERMAN SENTERFITT LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

{26091801;1}3

# EXHIBIT 1

# EXHIBIT 1

{20628576;1}

Inst #: 201101310003469
Fees: $16.00
N/C Fee: $0.00
01/31/2011 03:13:06 PM
Receipt #: 659817
Requestor:
EDWARD JOSON
Recorded By: SCA   Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER



## RECORDING COVER PAGE

Must be typed or printed clearly in black ink only.

**APN#** |37-34-815-005

11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

### TITLE OF DOCUMENT   (DO NOT Abbreviate)

NOTICE OF PENDENCY OF ACTION

**Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.**

**Recording requested by:**

EDWARD THOMAS JOSON

**Return to:**

**Name** EDWARD THOMAS JOSON

**Address** 913 LOS PALOMAS DRIVE

**City/State/Zip** LAS VEGAS, NV 89134

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

COPY

FILED
JAN 31   2 19 PM '11

**COMP**
EDWARD THOMAS JOSON
913 Los Palomas Drive
Las Vegas, Nevada 89138

Attorney for Plaintiff, in *Pro Se*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| EDWARD THOMAS JOSON, | ) Case No.: A -11-634270-C<br>) Dept.: |
| Plaintiff, | )<br>)<br>)<br>) |
| v. | )<br>) |
| MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.; BAC<br>HOME LOANS SERVICING, LP;<br>RECONTRUST COMPANY, N.A.;<br>BANK OF NEW YORK MELLON; and<br>DOES I-X, inclusive, | ) **Notice of Pendency of Action**<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>)<br>)<br>)<br>) |

NOTICE IS HEREBY GIVEN that the above-entitled action concerning and affecting

real property as described herein was commenced on or about January 31, 2011, in the above-

named court by Plaintiff EDWARD THOMAS JOSON against MORTGAGE ELECTRONIC

REGISTRATION SYSTEMS, INC.; BAC HOME LOANS SERVICING, LP; RECONTRUST

- 1 -

*Verified Complaint For Damages*

1  COMPANY, NA; BANK OF NEW YORK MELLON and DOES I-X, inclusive and the action is

2  now pending the above-named court.

3      The action concerns the title of the real property located at 913 Los Palomas Drive, Las

4  Vegas, Nevada 89138.  The legal Description is as follows:

5

6      **Lot Twenty-One (21) in Block A of LOS LOMAS AT PASEOS PARCEL"F" @**

7      **VILLAGE 23A, as shown by map thereof on file in Book 115 of Plats, Page 13, in**
       **the Office of the County Recorder of Clark County, Nevada.**

8      **APN: 137-34-815-005**

9      The subject of Plaintiff's action in the above-entitled action is quiet title, declaratory

10

11  relief, fraud, wrongful foreclosure and damages of the above-referenced property.

12      Dated: January 3[ , 2011      _____

13                                   EDWARD THOMAS JOSON
                                     Attorney for Plaintiff, in *Pro Se*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

*Verified Complaint For Damages*